# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

137659

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 137659
                                        COA: 286627

JERMELL DARNELL JOHNSON,
      Defendant-Appellant.
                                        Livingston CC: 93-007670-FC

_____/

      On order of the Court, the application for leave to appeal the September 26, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).

      KELLY, C.J., not participating because she served on the Court of Appeals panel that affirmed the defendant's conviction on direct appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009                                               _____

s0615                                                   Clerk